**EXHIBIT 3**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.

Case No. 18-10601 (MFW)
Reporting Period: April 1st to April 30th 2018

**APRIL MONTHLY OPERATING REPORT**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
|   Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
|   Copies of bank statements | | N/A | | |
|   Cash disbursements journals | | N/A | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
|   Copies of IRS Form 6123 or payment receipt | | N/A | | |
|   Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
|   Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*/s/ Robert A. Del Genio*
Signature of Authorized Individual*

6/5/2018
Date

Robert A. Del Genio
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.

Case 18-10601-MFW    Doc 983    Filed 06/06/18    Page 2 of 8

Case No. 18-10601 (MFW)
Reporting Period: April 1st to April 30th 2018

## MOR 1 - SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | 18-10620 THE WEINSTEIN COMPANY LLC | 18-10628 TWC DOMESTIC LLC | 18-10646 TWC PRODUCTION LLC | 18-10623 CURRENT WAR SPV LLC | 18-10626 WEINSTEIN TELEVISION LLC | 18-10641 TWC POLAROID SPV, LLC | 18-10638 TWC MIST LLC | 18-10609 SPY KIDS TV BORROWER, LLC | OTHER DEBTORS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Inflows** | | | | | | | | | | |
| Operating Receipts | $ 10,223,534 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,223,534 |
| DIP Draws | - | - | - | - | - | - | - | - | - | - |
| **Total** | $ 10,223,534 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,223,534 |
| **Outflows** | | | | | | | | | | |
| Payroll | $ (1,065,173) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,065,173) |
| Payroll Taxes | (329,816) | - | - | - | - | - | - | - | - | (329,816) |
| Sales, Use & Other Taxes | (9,488) | - | - | - | - | - | - | - | - | (9,488) |
| Administrative | (619,843) | - | - | - | - | - | - | - | - | (619,843) |
| Selling | (1,258,659) | - | - | - | - | - | - | - | - | (1,258,659) |
| Restructuring Fees | (130,217) | - | - | - | - | - | - | - | - | (130,217) |
| Loan Transfers | (227,525) | - | - | - | - | - | - | - | - | (227,525) |
| Other (A) | (352,205) | - | - | - | - | - | - | - | - | (352,205) |
| **Total** | $ (3,992,926) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (3,992,926) |
| **Net Cash Flow** | $ 6,230,607 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,230,607 |
| Beginning Operating Book Cash | $ 6,786,007 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,786,007 |
| Net Cash Flow | 6,230,607 | - | - | - | - | - | - | - | - | 6,230,607 |
| **Ending Operating Book Cash** | $ 13,016,615 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,016,615 |
| Beginning Restricted Cash | $ 1,505,624 | $ 6,763,722 | $ 291,818 | $ 81,113 | $ 686,570 | $ - | $ - | $ 2,024,057 | $ - | $ 10,338,486 |
| (+) Loan Receipts | 725,575 | 14,153,966 | 6,129,757 | - | 554,193 | 330,727 | 1,757,841 | - | 1,009,638 | 25,676,115 |
| (−) Loan Repayments / Fees | - | (14,074,448) | - | (10,017) | - | - | (1,757,541) | (65,138) | - | (15,907,144) |
| **Ending Restricted Cash** | $ 2,231,199 | $ 6,843,240 | $ 6,421,575 | $ 71,096 | $ 1,240,762 | $ 330,727 | $ 300 | $ 1,958,918 | $ 1,009,638 | $ 20,107,456 |
| **Total Ending Cash** | $ 15,247,814 | $ 6,843,240 | $ 6,421,575 | $ 71,096 | $ 1,240,762 | $ 330,727 | $ 300 | $ 1,958,918 | $ 1,009,638 | $ 33,124,071 |
| **(A) Other Expense Breakout** | | | | | | | | | | |
| Consulting | $ (352,205) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (352,205) |
| Bank Fees | - | - | - | - | - | - | - | - | - | - |
| **Total** | $ (352,205) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (352,205) |
| **Disbursements for UST Fee Calc.** | $ (3,992,926) | $ (14,074,448) | $ - | $ (10,017) | $ - | $ - | $ (1,757,541) | $ (65,138) | $ - | $ (19,900,071) |

Note: This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited and is not prepared in accordance with generally accepted accounting principles in the United States. The Debtors reserve all rights to amend or supplement this MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

Note: The Debtors have attempted to identify receipts and disbursements on an individual Debtor basis; however, because the Debtors generally track and report their financial information on a consolidated basis, some errors may exist and adjustments in future reporting may be necessary.

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.
Debtor

Case 18-10601-MFW    Doc 983    Filed 06/06/18    Page 3 of 8

Case No. 18-10601 (MFW)
Reporting Period: April 1st to April 30th 2018

**MOR-1b**
**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.
Debtor

Case 18-10601-MFW    Doc 983    Filed 06/06/18    Page 4 of 8

Case No. 18-10601 (MFW)
Reporting Period: April 1st to April 30th 2018

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| Bank | Account Name | Legal Entity | Account Number | Month End Bank Balances | Month End Book Balances | Variance [1] |
|---|---|---|---|---|---|---|
| Bank Hapoalim | JC Penney Collection Account | WTV JCP Borrower 2017 LLC | XXXXXXXXXXXXX-0000 | $ | $ | $ |
| Bank of America | Weinstein Television LLC Collection Account | Weinstein Television LLC | XXXXXXXXXX-4033 | 611,996 | 611,996 | |
| Bank of America | Weinstein Television LLC Collection Account | Weinstein Television LLC | XXXXXXXXXX-4388 | 628,766 | 628,766 | |
| Bank of America | Weinstein Television LLC Collection Account | Weinstein Television LLC | XXXXXXXXXX-4038 | | | |
| Bank of Hope | Access Industries Interest Reserve | TWC Borrower 2016, LLC | XXXXXXXX-7811 | | | |
| Bank of Hope | Lexus Short Films | TWC Short Films | XXXXXXXX-6958 | | | |
| Canadian Imperial Bank of Commerce | Canada Tax Credit Collection | MarcoTwo, LLC | XXXXXX-6115 | | | |
| Canadian Imperial Bank of Commerce | Spy Kids TV Canadian Tax Credit Collection Account | Spy Kids TV Borrower, LLC | XXXXXX-2003 | | | |
| Comerica Bank | Mist - Collection Account | TWC Mist LLC | XXXXXXXX-2328 | 300 | 300 | |
| East West Bank | Southpaw International Collections Account | Check Hook LLC | XXXXXXXXXX-6417 | 1,009,638 | 1,009,638 | |
| East West Bank | Current War Disbursement Account | Current War SPV LLC | XXXXXXXXXX-9772 | 71,096 | 71,096 | |
| East West Bank | Canada Tax Credit Collection Account | MarcoTwo, LLC | XXXXXXXX-0348 | | | |
| East West Bank | Collection Account | MarcoTwo, LLC | XXXXXXXX-8230 | | | |
| East West Bank | CTHD 2 Collection | CTHD 2 LLC | XXXXXXXXXX-6391 | | | |
| East West Bank | CTHD 2 New Zealand FX Account | CTHD 2 LLC | XXXXXXXXXXXX-0001 | | | |
| East West Bank | CTHD 2 Production Funding Account | CTHD 2 LLC | XXXXXXXX-6409 | | | |
| East West Bank | Current War Cash Collateral Account | Current War SPV LLC | XXXXXXXX-9897 | | | |
| East West Bank | Current War Collection Account | Current War SPV LLC | XXXXXXXX-9665 | | | |
| East West Bank | Hungarian Tax Credit Collection Account | MarcoTwo, LLC | XXXXXXXX-9329 | | | |
| First Republic Bank | Collection Account | TWC Untouchable SPV, LLC | XXXXXXXXXX-0081 | | | |
| First Republic Bank | Fearless Collection Account | TWC Fearless Borrower , LLC | XXXXXXXXXX-0123 | | | |
| First Republic Bank | Polaroid International Collections Account | TWC Polaroid SPV, LLC | XXXXX-8862 | 330,727 | 330,727 | |
| HSBC | Main Operating Acct (ZBA) | THE WEINSTEIN COMPANY LLC | XXXXX-8407 | 13,542,973 | 13,542,973 | |
| HSBC | Other Ancillary US Deposits | THE WEINSTEIN COMPANY LLC | XXXXX-6122 | 1,546,122 | 1,546,122 | |
| HSBC | Cash Receipts (Theatrical) HS | THE WEINSTEIN COMPANY LLC | XXXXX-7141 | 678,791 | 678,791 | |
| LA L/C | LA L/C | THE WEINSTEIN COMPANY LLC | XXXXXXXX-4378 | 85,957 | 85,957 | |
| HSBC | Dimension Films Operating Account | THE WEINSTEIN COMPANY LLC | XXXXXX-7074 | | | |
| HSBC | Employee Benefits | THE WEINSTEIN COMPANY LLC | XXXXX-7117 | | | |
| HSBC | Miscellaneous Deposits | THE WEINSTEIN COMPANY LLC | XXXXX-7150 | 6,286 | 6,286 | |
| HSBC | Secured Deposits | Weinstein Global Film Corp. | XXXXX-7133 | | | |
| HSBC | US Payroll & Tax Account | THE WEINSTEIN COMPANY LLC | XXXXX-6889 | | | |
| HSBC | Weinstein Television LLC - Disbursement | Weinstein Television LLC | XXXXXXXX-6196 | | | |
| HSBC | Wire Disbursements | THE WEINSTEIN COMPANY LLC | XXXXX-7125 | | | |
| HSBC | AP Disbursements | THE WEINSTEIN COMPANY LLC | XXXXX-0775 | (612,315) | (612,315) | (612,315) |
| MUFG | Spy Kids TV - Collection Account | Spy Kids TV Borrower, LLC | XXXXXXXXXX-1092 | 1,958,918 | 1,958,918 | |
| One West / CIT | Netflix Deposit Account - TWC Domestic | TWC Domestic LLC | XXXXXXXXXX-0628 | 1,267 | 1,267 | |
| Opus Bank | Waco Collection Account | TWC Waco SPV, LLC | XXXXXX-2933 | | | |
| Opus Bank | Waco Collection Account | TWC Waco SPV, LLC | XXXXXX-2909 | | | |
| SunTrust Bank | SunTrust Bank | PA Entity 2017, LLC | XXXXXXXXXX-1871 | | | |
| UBOC | P&R Reserve Account - TWC Domestic | TWC Domestic LLC | XXXXXXXXXX-8967 | 3,417,605 | 3,417,605 | |
| UBOC | Burke P&R Reserve - TWC Domestic | TWC Domestic LLC | XXXXXXXXXX-9742 | 2,547,056 | 2,547,056 | |
| UBOC | Trust Account - TWC Domestic | TWC Domestic LLC | XXXXXXXXXX-8894 | 779,698 | 779,698 | |
| UBOC | TWC Production, LLC - Expense Reserve Account | TWC Production LLC | XXXXXXXXXX-8904 | 245,000 | 245,000 | |
| UBOC | TWC Production, LLC - P&R Reserve Account | TWC Production LLC | XXXXXXXXXX-9890 | 46,818 | 46,818 | |
| UBOC | Trust Account - TWC Domestic | TWC Domestic LLC | XXXXXXXXXX-1600 | 98,097 | 98,097 | |
| UBOC | Access Industries Collection account | Weinstein Global Film Corp. | XXXXXXXXXX-6797 | | | |
| UBOC | TWC Production, LLC - Collection Account | TWC Production LLC | XXXXXXXXXX-9874 | 6,129,757 | 6,129,757 | |
| UBOC | Bank Fee Account - TWC Domestic | TWC Domestic LLC | XXXXXXXXXX-8959 | (482) | (482) | |
| **Grand Total** | | | | $ 33,736,386 | $ 33,124,071 | $ (612,315) |

[1] Variance represents outstanding checks.

Main Operating Accounts Summary
| Main Operating Acct (ZBA) | $ | 13,542,973 |
|---|---|---|
| AP Disbursements | | (612,315) |
| LA L/C | | 85,957 |
| **The Weinstein Company LLC Book Cash** | $ | 13,016,615 |

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.          Case No. 18-10601 (MFW)
          Debtor          Reporting Period: April 1st to April 30th 2018

**MOR-2**
**STATEMENT OF OPERATIONS**
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| ($ in 000s) | The Weinstein Company LLC | TWC Domestic LLC | Weinstein Television LLC | MTD April | The Weinstein Company LLC | TWC Domestic LLC | Weinstein Television LLC | Post Petition to Date |
|---|---|---|---|---|---|---|---|---|
| Revenues, gross | $ 5,716 | $ - | $ - | $ 5,716 | $ 15,027 | $ - | $ - | $ 15,027 |
| Less: Returns and Allowances | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **Revenues, net** | **$ 5,716** | **$ -** | **$ -** | **$ 5,716** | **$ 15,027** | **$ -** | **$ -** | **$ 15,027** |
| | | | | | | | | |
| **Expenses:** | | | | | | | | |
| Inventory | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising | - | - | - | - | 1 | - | - | 1 |
| Bad Debts | - | - | - | - | 37 | - | - | 37 |
| Contributions | - | - | - | - | - | - | - | - |
| Employee Benefit Programs | 65 | - | - | 65 | 148 | - | - | 148 |
| Insider Compensation | 226 | - | - | 226 | 365 | - | - | 365 |
| Insurance | 123 | - | - | 123 | 142 | - | - | 142 |
| Office Expense | 67 | - | - | 67 | 148 | - | - | 148 |
| Repairs and Maintenance | 15 | - | - | 15 | 20 | - | - | 20 |
| Rent and Lease Expense | 127 | - | - | 127 | 156 | - | - | 156 |
| Salaries/Commissions/Fees | 751 | - | - | 751 | 1,026 | - | - | 1,026 |
| Supplies | 84 | - | - | 84 | 85 | - | - | 85 |
| Taxes - Payroll | 327 | - | - | 327 | 469 | - | - | 469 |
| Taxes - Real Estate | 1 | - | - | 1 | 1 | - | - | 1 |
| Taxes - Other | 2 | - | - | 2 | 12 | - | - | 12 |
| Travel and Entertainment | 3 | - | - | 3 | 23 | - | 5 | 27 |
| Utilities | 9 | - | - | 9 | 14 | - | - | 14 |
| Other | 6,549 | - | - | 6,549 | 12,296 | - | - | 12,296 |
| **Total Operating Expenses before Depreciation** | **$ 8,350** | **$ -** | **$ -** | **$ 8,350** | **$ 14,943** | **$ -** | **$ 5** | **$ 14,948** |
| Depreciation | 33 | - | - | 33 | 46 | - | - | 46 |
| **Net Profit (Loss) Before Other Income & Expenses** | **$ (2,667)** | **$ -** | **$ -** | **$ (2,667)** | **$ 38** | **$ -** | **$ (5)** | **$ 33** |
| | | | | | | | | |
| **Other Income/(Expense):** | | | | | | | | |
| Interest expense and amortized financing costs, net of interest income | $ 1,456 | $ - | $ - | $ 1,456 | $ 3,311 | $ 850 | $ - | $ 4,161 |
| Other expense - foreign translation fees | (1) | - | - | (1) | (1) | - | - | (1) |
| **Net Profit (Loss) Before Reorganization Items** | **$ (4,122)** | **$ -** | **$ -** | **$ (4,122)** | **$ (3,272)** | **$ (850)** | **$ (5)** | **$ (4,127)** |
| | | | | | | | | |
| **Reorganization Items** | | | | | | | | |
| Professional Fees (Restructuring) | $ 2,301 | $ - | $ - | $ 2,301 | $ 2,626 | $ - | $ - | $ 2,626 |
| U.S. Trustee Quarterly Fees | 10 | - | - | 10 | 13 | - | - | 13 |
| **Total Reorganization Expenses** | **$ 2,311** | **$ -** | **$ -** | **$ 2,311** | **$ 2,639** | **$ -** | **$ -** | **$ 2,639** |
| | | | | | | | | |
| Income taxes | (63) | - | - | (63) | (87) | - | - | (87) |
| **Net Income/(Loss)** | **$ (6,497)** | **$ -** | **$ -** | **$ (6,497)** | **$ (5,998)** | **$ (850)** | **$ (5)** | **$ (6,853)** |
| | | | | | | | | |
| | | | | | | | | |
| **Other** | | | | | | | | |
| Amortization of film costs, participations and residuals | $ 4,548 | $ - | $ - | $ 4,548 | $ 9,885 | $ - | $ - | $ 9,885 |
| Distribution, marketing and manufacturing expenses | 1,764 | - | - | 1,764 | 2,129 | - | - | 2,129 |
| Professional Fees (Other) | 237 | - | - | 237 | 282 | - | - | 282 |
| **Total Other** | **$ 6,549** | **$ -** | **$ -** | **$ 6,549** | **$ 12,296** | **$ -** | **$ -** | **$ 12,296** |

**Note: The Debtors have attempted to identify financial activity on an individual Debtor basis; however, because the Debtors generally track and report their financial information on a consolidated basis, some errors may exist and adjustments in future reporting may be necessary.**

Case 18-10601-MFW   Doc 983   Filed 06/06/18   Page 6 of 8

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.
Debtor

Case No. 18-10601 (MFW)
Reporting Period: April 1st to April 30th 2018

**MOR-3**
**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ($ in 000s) | The Weinstein Company LLC | TWC Domestic LLC | TWC Production LLC | Check Hook LLC | Current War SPV LLC | Weinstein Television LLC | Weinstein Books LLC | Weinstein Global Film Corp | TWC Poland SPV LLC | TWC MIST LLC | Spy Kids TV Borrower, LLC | Book Value as of 4/30/18 | The Weinstein Company LLC | Weinstein Books LLC | Weinstein Global Film Corp | All Other | Book Value as of 3/31/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 13,017 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,017 | $ 419 | $ - | $ - | $ - | $ 419 |
| Restricted cash | 2,231 | - | - | - | 71 | - | - | - | - | - | 1,959 | 20,107 | 1,195 | 21 | - | 9,766 | 10,960 |
| Accounts receivable, net | 216,668 | 6,843 | 6,422 | 1,010 | - | 1,241 | - | - | 331 | - | - | 216,674 | 224,120 | - | - | - | 224,141 |
| Prepaid expenses and other assets | 565 | - | - | - | - | - | 6 | - | - | - | - | 565 | 1,377 | - | - | - | 1,377 |
| Inventory, net | 296 | - | - | - | - | - | - | - | - | - | - | 296 | 296 | - | - | - | 296 |
| Investment in films and television programs, net | 347,212 | - | - | - | - | - | - | - | - | - | - | 347,212 | 341,358 | - | - | - | 341,358 |
| Property and equipment, net | 799 | - | - | - | - | - | - | - | - | - | - | 799 | 832 | - | - | - | 832 |
| **TOTAL ASSETS** | $ 580,787 | $ 6,843 | $ 6,422 | $ 1,010 | $ 71 | $ 1,241 | $ 6 | $ - | $ 331 | $ 0 | $ 1,959 | $ 598,669 | $ 569,597 | $ 21 | $ - | $ 9,766 | $ 579,384 |
| **LIABILITIES** | | | | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 138,565 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,330 | $ - | $ - | $ - | $ 139,895 | $ 135,305 | $ - | $ 1,330 | $ - | $ 136,635 |
| Interest payable | 2,231 | - | - | - | - | - | - | - | - | - | - | 2,231 | 2,164 | - | - | - | 2,164 |
| Film obligations | 87,728 | - | - | - | - | - | - | - | - | - | - | 87,728 | 87,466 | - | - | - | 87,466 |
| Deferred revenue | 149,220 | - | - | - | - | - | - | 12,671 | - | - | - | 161,891 | 131,720 | - | 12,671 | - | 144,391 |
| Contractual advance | 6,625 | - | - | - | - | - | - | - | - | - | - | 6,625 | 6,625 | - | - | - | 6,625 |
| Amounts Due to Insiders | 9,996 | - | - | - | - | - | - | - | - | - | - | 9,996 | 9,771 | - | - | - | 9,771 |
| Long-Term Debt | 334,533 | - | - | - | - | - | - | - | - | - | - | 334,533 | 335,182 | - | - | - | 335,182 |
| DIP Loan | 5,474 | - | - | - | - | - | - | - | - | - | - | 5,474 | - | - | - | - | - |
| **TOTAL LIABILITIES** | $ 734,371 | $ - | $ - | $ - | $ - | $ - | $ - | $ 14,001 | $ - | $ - | $ - | $ 748,372 | $ 708,233 | $ - | $ 14,001 | $ - | $ 722,234 |
| **MEMBERS' EQUITY** | | | | | | | | | | | | | | | | | |
| Capital contributions | $ 514,210 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 514,210 | $ 514,210 | $ - | $ - | $ - | $ 514,210 |
| Direct costs to issue equity | (19,955) | - | - | - | - | - | - | - | - | - | - | (19,955) | (19,955) | - | - | - | (19,955) |
| Additional contributed capital | 82,572 | - | - | - | - | - | - | - | - | - | - | 82,572 | 82,572 | - | - | - | 82,572 |
| Retained deficit | (730,411) | 6,843 | 6,422 | 1,010 | 71 | 1,241 | 6 | (14,001) | 331 | 0 | 1,959 | (726,530) | (715,463) | 21 | (14,001) | 9,766 | (719,678) |
| **TOTAL MEMBERS' EQUITY (DEFICIT)** | $ (153,584) | $ 6,843 | $ 6,422 | $ 1,010 | $ 71 | $ 1,241 | $ 6 | $ (14,001) | $ 331 | $ 0 | $ 1,959 | $ (149,703) | $ (138,636) | $ 21 | $ (14,001) | $ 9,766 | $ (142,850) |
| **TOTAL LIABILITIES AND EQUITY** | $ 580,787 | $ 6,843 | $ 6,422 | $ 1,010 | $ 71 | $ 1,241 | $ 6 | $ - | $ 331 | $ 0 | $ 1,959 | $ 598,669 | $ 569,597 | $ 21 | $ - | $ 9,766 | $ 579,384 |

**Liabilities Subject to Compromise (Pre-Petition)**

| | |
|---|---|
| Secured Debt | $ 337,346 |
| Priority Debt | - |
| Unsecured Debt | 375,117 |
| **Total** | $ 712,463 |

Note: To the best of their ability, the Debtors have created the foregoing balance sheets on an individual Debtor basis; however, because the Debtors generally maintain their financial information on a consolidated basis, some errors may exist and adjustments in future reporting may be necessary.

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al.        Case No. 18-10601 (MFW)
           Debtor                                  Reporting Period: April 1st to April 30th 2018

### MOR-4

### STATUS OF POSTPETITION TAXES

**Note: The post-petition taxes payable are on The Weinstein Company, LLC's books. All other filing Debtor entities do _not_ have outstanding taxes payable**

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | 151,636 | 151,636 | 4/6/18; 4/20/18 | EFT | - |
| FICA-Employee | - | 52,878 | 52,878 | 4/6/18; 4/20/18 | EFT | - |
| FICA-Employer | - | 52,937 | 52,937 | 4/6/18; 4/20/18 | EFT | - |
| Unemployment | - | 36 | 36 | 4/6/18; 4/20/18 | EFT | - |
| Income | - | - | | | | - |
| Other: | - | | | | | |
|   Total Federal Taxes | - | 257,487 | 257,487 | | | - |
| **Foreign** | | | | | | |
| Income | - | - | - | | - | - |
|   Total Foreign Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | 68,995 | 68,995 | 4/6/18; 4/20/18 | EFT | - |
| Sales | - | - | | | | - |
| Excise | - | - | | | | |
| Unemployment | - | 986 | 986 | 4/6/18; 4/20/18 | EFT | - |
| Real Property | - | - | | | | |
| Personal Property | - | - | | | | |
| Income | - | - | | | | - |
| Other: | - | - | | | | |
|   Total State and Local | - | 69,981 | 69,981 | | | - |
| **Total Taxes** | - | 327,469 | 327,469 | | | - |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

**Note: All unpaid post-petition debts were incurred at The Weinstein Company, LLC**

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 2,917,170 | $ - | $ - | $ - | $ - | $ 2,917,170 |
| Accrued AP | - | - | | | | - |
| Wages Payable | - | - | | | | - |
| Taxes Payable | - | - | | | | - |
| Rent/Leases-Building | - | - | | | | - |
| Rent/Leases-Equipment | - | - | | | | - |
| Secured Debt/Adequate Protection Payments | 5,474,021 | - | | | | 5,474,021 |
| Professional Fees | - | - | | | | - |
| Amounts Due to Insiders* | - | - | | | | - |
| Other: | - | - | | | | - |
| **Total Postpetition Debts** | $ 8,391,191 | $ - | $ - | $ - | $ - | $ 8,391,191 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## MOR-5

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

**Note: Accounts receivable are on the books at The Weinstein Company, LLC and Weinstein Books, LLC, as shown on MOR-3**

**(USD, in thousands)**

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | 223,115 |
| + Amounts billed during the period | | 4,337 |
| - Amounts collected during the period | | (10,778) |
| - Credit notes | | - |
| + Other Adjustments | | - |
| Total Accounts Receivable at the end of the reporting period | | 216,674 |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | 4,337 |
| 31 - 60 days old | | 151,836 |
| 61 - 90 days old | | 2,954 |
| 91+ days old | | 62,237 |
| Total Accounts Receivable | | 221,364 |
| Amount considered uncollectible (Bad Debt) | | 4,690 |
| Accounts Receivable (Net) | | 216,674 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |