**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TWC LIQUIDATION TRUST, LLC, | ) ) ) | Case No. 18-10601 (MFW) |
| Debtor. | ) ) ) | |
| Dean A. Ziehl, in his capacity as trustee of the TWC LIQUIDATION TRUST, LLC, | ) ) ) ) | Adv. Proc. No. 22-50476 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ANDREW R. VARA, in his capacity as the United States Trustee for Region 3; RAMONA D. ELLIOTT, in her capacity as Acting Director of the United States Trustee Program; and the UNITED STATES TRUSTEE PROGRAM, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I, Colin R. Robinson, hereby certify that on the 30th day of January, 2023, I caused a copy of the following to be served on the attached service lists in the manner indicated.

**DECLARATION OF KYLE HERMAN IN SUPPORT OF LIQUIDATIONG TRUSTEEE'S MOTION FOR SUMMARY JUDGMENT FOR A REFUND OF OVERPAID UNITED SATES TRUSTEE PROGRAM FEES.**

        */s/ Colin R. Robinson*
        Colin R. Robinson (DE Bar No. 5524)

DOCS_DE:242126.3 92767/001

Weinstein – Adv. Service List re
Liquidating Trust v. Andrew Vara
Adv. Case No. 22-50476 (MFW)
Doc. No. 241623
04 – Email

**ELECTRONIC DELIVERY**
*(Counsel to Andrew R. Vara, In His Capacity as the United States Trustee for Region 3; Ramona D. Elliott, In Her Capacity as Acting Director of The United States Trustee Program; and The United States Trustee Program)*
Jane M. Leamy, Esquire
Hannah M. McCollum, Esquire
Trial Attorneys United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
**Email: jane.m.leamy@usdoj.gov**
             **hannah.mccollum@usdoj.gov**

**ELECTRONIC DELIVERY**
*(Counsel to Andrew R. Vara, In His Capacity as the United States Trustee for Region 3; Ramona D. Elliott, In Her Capacity as Acting Director of The United States Trustee Program; and The United States Trustee Program)*
Robert J. Schneider, Jr., Esquire
Trial Attorney United States Department of Justice
Office of the United States Trustee
1 Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ  07102
**Email: robert.j.schneider@usdoj.gov**

**ELECTRONIC DELIVERY**
*(Counsel to Andrew R. Vara, In His Capacity as the United States Trustee for Region 3; Ramona D. Elliott, In Her Capacity as Acting Director of The United States Trustee Program; and The United States Trustee Program)*
P. Matthew Sutko, Esquire
Associate General Counsel Executive Office for United States Trustees
441 G Street, NW, Suite 6150
Washington, D.C.  20530
**Email: p.matthew.sutko@usdoj.gov**