IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TWC Liquidation Trust,<br><br>        Debtor. | Chapter 11<br>Case No. 18-10601 (MFW) |
| Dean A. Ziehl, in his capacity as trustee of the TWC Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>Andrew R. Vara, in his official capacity as the United States Trustee for Region 3; Ramona D. Elliott, in her official capacity as Acting Director of the United States Trustee Program; and the United States Trustee Program,<br><br>        Defendants. | Adv. Pro. 22-50476 (MFW) |

**CERTIFICATION OF COUNSEL REGARDING DEFENDANTS' EX PARTE APPLICATION FOR AUTOMATIC SUBSTITUTION OF PUBLIC OFFICER AS PARTY (FRCP 25; FRBP 7025)**

The undersigned counsel to the above-captioned defendants hereby certifies as follows regarding the attached Ex Parte Application for Automatic Substitution of Public Officer as Party (FRCP 25; FRBP 7025) ("Application"):

1. The Application is subject to automatic approval as provided for by Fed. R. Civ. P. 25(d), made applicable to this proceeding by Fed. R. Bankr. P. 7025.

WHEREFORE, Defendants respectfully request that the Court sign and enter the Order and grant such other and further relief as it deems appropriate.

Date: March 17, 2023

Respectfully submitted,

By: */s/ Jane M. Leamy*

| | |
|---|---|
| RAMONA D. ELLIOTT<br>Deputy Director/General Counsel<br>P. MATTHEW SUTKO<br>Associate General Counsel<br>ANDREW W. BEYER<br>Trial Attorney<br>Department of Justice<br>Executive Office for<br>United States Trustees<br>441 G Street, N.W., Suite 6150<br>Washington, DC  20530<br>(202) 307-1399<br>Fax: (202) 307-2397 | ANDREW R. VARA,<br>United States Trustee, Region 3<br>JOSEPH J. MCMAHON, JR.<br>Assistant United States Trustee<br>JANE M. LEAMY (DE # 4113)<br>Trial Attorney<br>HANNAH J. McCOLLUM<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>Fax: (302) 573-6497<br>Jane.M.Leamy@usdoj.gov |