# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TWC LIQUIDATION TRUST, LLC, | ) Case No. 18-10601 (MFW) |
| Debtor. | ) |
| Dean A. Ziehl, in his capacity as trustee of the TWC LIQUIDATION TRUST, LLC, | ) Adv. Proc. No. 22-50476 |
| Plaintiff, | ) |
| v. | ) |
| ANDREW R. VARA, in his official capacity as the United States Trustee for Region 3; TARA TWOMEY, in her official capacity as Director of the Executive Office for United States Trustees; and the UNITED STATES TRUSTEE PROGRAM, | ) |
| Defendants. | ) |

## NOTICE OF ISSUANCE OF MEMORANDUM OPINION AND ORDER

**PLEASE TAKE NOTICE** that Plaintiff Dean A. Ziehl, in his capacity as trustee of the TWC Liquidation Trust, LLC (the "Plaintiff"), hereby submits attached as **Exhibit A** the *Memorandum Opinion and Order* [D.I. 29] (the "Opinion") entered in the United States Bankruptcy Court for the District of Delaware in the adversary proceeding *Thomas A. Pitta, Liquidating Trustee of the VG Liquidating Trust v. Andrew R. Vara, et al.*, Adv. Pro. No. 22-50416. As set forth in the Opinion, the Defendants'[1] Motion to Dismiss was denied and the Court held that a refund of excess statutory fees paid to the UST pursuant to the 2017 amendment to 28 US.C. § 1930(a)(6) was the appropriate relief.

---

[1] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Opinion.

DOCS_DE:243182.1 92767/002

|  |  |
|---|---|
|  | Respectfully Submitted, |
| May 22, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*

Jason H. Rosell (admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
Gail S. Greenwood (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, DE 19899 (Courier 19801)
Tel: 302-652-4100
Email: jrosell@pszjlaw.com
      crobinson@pszjlaw.com
      ggreenwood@pszjlaw.com

*Attorneys for Plaintiff Dean A. Ziehl, solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust*