# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC LIQUIDATION TRUST, LLC | ) | |
| | ) | Case No. 18-10601 (MFW) |
| Debtor. | ) | |
| _____ | ) | |
| Dean A. Ziehl, in his capacity as Trustee of the TWC LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW R. VARA, in his capacity as the United States Trustee for Region 3; RAMONA D. ELLIOT, in her Capacity as Acting Director of the United States Trustee Program; and the UNITED STATES TRUSTEE PROGRAM, | ) | |
| | ) | Adv. Proc. No. 22-50476 |
| Defendants. | ) | |
| | ) | Rel Docs: 101, 132, 135, 161 |

## **O R D E R**

**AND NOW,** this **14th** day of **SEPTEMBER, 2023,** upon consideration of the Cross Motions for Summary Judgment filed by the parties in the above adversary proceeding and for the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that the Motion for Summary Judgment filed by the Defendants is hereby **DENIED;** and it is further

**ORDERED** that the Motion for Summary Judgment filed by the Plaintiff is hereby **GRANTED;** and it is further

**ORDERED** that, upon this Order becoming final and non-appealable, the United States Trustee shall refund to the estate the quarterly fees paid by it in excess of fees paid by debtors in Bankruptcy Administrative Districts for the period from January 2018 to January 2021.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge